**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-2189**

─────────────

FALESA M. MCCALL,

          Plaintiff - Appellant,

    v.

MOLFETTA LAW LLC,

          Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:23-cv-00114-RDA-JFA)

─────────────

Submitted:  January 30, 2024                    Decided:  February 2, 2024

─────────────

Before KING, AGEE, and THACKER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Falesa M. McCall, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Falesa M. McCall appeals the district court's orders dismissing her civil complaint without prejudice as to some defendants for failure to serve under Fed. R. Civ. P. 4(m) and the remaining defendant for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *McCall v. Molfetta Law LLC*, No. 1:23-cv-00114-RDA-JFA (E.D. Va. June 28, 2023; Oct. 13, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*